UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | CHAPTER 7 PROCEEDINGS |
| --- | --- |
| NICHOLE MAGDELINE SEYMANSKI, | NO. 25-40899 |
| Debtor. | ADVERSARY CASE NO. |
| NICHOLE MAGDELINE SEYMANSKI, | COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT |
| Plaintiff, | |
| vs. | |
| United States Department of Education, | |
| Defendant. | |

## I. PARTIES & JURISDICTION

1.1 Plaintiff is the Debtor in the above-referenced proceeding. She filed a petition for relief pursuant to Title 11, Chapter 7, on April 21, 2025.

1.2 Defendant is the United States Department of Education ("DOE").

1.3 Plaintiff may serve Defendant United States Department of Education by mailing a copy of the Summons and Complaint to the United Stated Department of Education by first class mail to the below addresses:

COMPLAINT TO DETERMINE -1-
DISCHARGEABILITY OF
STUDENT LOAN DEBT

MORTON McGOLDRICK
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

Secretary of Education Miguel Cardona
U.S. Department of Education
400 Maryland Ave. SW
Washington, DC 20202

U.S. Attorney
Attn: Civil Process Clerk
700 Stewart Street, Ste. 5220
Seattle, WA 98101-1271

Attorney General of the United States
Department of Justice
950 Pennsylvania Ave. NW, Room B103
Washington, DC 20530-0001

Federal Rule of Bankruptcy Procedure 7004(b)(4) and (5).

1.4  This Court has jurisdiction over the subject matter as an adversary proceeding under 11 U.S.C. §523(a) and 28 U.S.C. §1334.

1.5  This is a core proceeding. This is a proceeding in which the Court can enter a final judgment and over which the Court has jurisdiction pursuant to *Stern v. Marshall*, 564 U.S. 293, 131 S. Ct. 2594 (2011).

## II. ACTIONS GIVING RISE TO CLAIM

2.1  The Plaintiff obtained federal student loans between 1995 and 2010 to pay for her college education at St. Catherine University and Argosy University.

2.2  Plaintiff now owes approximately $251,000.00.

2.3  Plaintiff is 47 years old and has been self-employed since 2013. She received a Doctorate in Psychology from Argosy University, which closed in 2019. She suffers from significant medical conditions and is only capable of working part time.

2.4  Plaintiff has attempted to pay her student loans, and the loans have been in repayment, forbearance, have been consolidated, and included in the present Chapter 7 bankruptcy proceeding.

2.5  Plaintiff's current household income is inadequate to make meaningful payments toward this debt.

2.6  Plaintiff's income is unlikely to increase such that she could make meaningful payments toward the debt in the future.

COMPLAINT TO DETERMINE
DISCHARGEABILITY OF
STUDENT LOAN DEBT

-2-

MORTON McGOLDRICK
ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

Case 25-04064-TWD    Doc 1    Filed 10/30/25    Ent. 10/30/25 13:20:41    Pg. 2 of 3

2.7 Plaintiff has maximized her income and minimized her expenses.

2.8 The above indicates that the Plaintiff is entitled to a hardship discharge pursuant to 11 U.S.C. §523(a)(8). She has met all of the elements of the *Brunner* test, and is eligible for relief in light of applicable statute and case law.

### III. PRAYER AND RELIEF

THEREFORE, Plaintiff requests the following:

A. That the Court enter an Order declaring her student loans discharged or partially discharged in this bankruptcy case.

B. For such other additional or different relief as this court deems fit in the interest of justice.

DATED this 30th day of October 2025.

/s/ Brett L. Wittner
Brett L. Wittner, WSBA # 27657
Attorney for Debtor/Plaintiff

COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN DEBT -3-

MORTON McGOLDRICK ATTORNEYS AT LAW

820 "A" Street, Suite 600
P.O. Box 1533
Tacoma, Washington 98401
(253) 627-8131
Fax: (253) 272-4338

Case 25-04064-TWD    Doc 1    Filed 10/30/25    Ent. 10/30/25 13:20:41    Pg. 3 of 3